ACCEPTED
14-15-00215-CR
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
8/27/2015 8:58:56 PM
CHRISTOPHER PRINE
CLERK

**Nos. 14-15-00215-CR, 14-15-00216-CR, 14-15-00217-CR, 14-15-00218-CR,
14-15-00219-CR**

IN THE

# Court of Appeals
# For the Fourteenth Judicial District of Texas
# At Houston

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
8/27/2015 8:58:56 PM
CHRISTOPHER A. PRINE
Clerk

_____

# RODNEY DEAN SEWELL,

*Appellant*

*v.*

# THE STATE OF TEXAS

*Appellee*

_____

Cause numbers 1400739, 1402508, 1403353, 1408337 & 1417442
In the 176th Judicial District Court
Of Harris County, Texas

_____

# *Appellant's Motion for Extension of Time Within Which to file the Appellant's Brief*

_____

TO THE HONORABLE FIRST COURT OF APPEALS:

RODNEY DEAN SEWELL, the appellant, under TEX. R. APP. P. 10.1 & 10.5(b), moves for an extension of time within which to file his appellate brief. In support of his motion, the appellant submits the following:

(A)     The appellant's brief was due on **August 28, 2015**.

(B)  The appellant seeks an extension of time to file the appellant's brief until, **September 28, 2015**.

(C)  The appellant relies upon the following facts to reasonably explain the need for an extension:

> Due to the undersigned's work load more time is necessary to review the appellant record and prepare an appellate brief.

(D)  One prior motion requesting an extension of time to file the appellant's brief has been requested and granted.

WHEREFORE, the appellant prays that this Court will grant the requested extension until September 28, 2015.

Respectfully submitted,

/s/ *Ann Lee Moseley*
ANN LEE MOSELEY

## CERTIFICATE OF SERVICE

Pursuant to TEX. R. APP. P. 9.5, this certifies that a copy of the foregoing was served on the State at the following address:  Alan Curry, 1201 Franklin, 6th floor, Houston, TX  77002.

/s/ *Ann Lee Moseley*
ANN LEE MOSELEY
Texas Bar No. 90001927

2002 Timberloch Place #200
The Woodlands, TX  77380

*Counsel for Dean Sewell*

2